IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **INTERSTATE AGREEMENT ON** |
| ) | **DETAINERS ORDER** |
| vs. ) | |
| ) | Case No. 1:25-cr-190 |
| Ranita Lynn Freeman, ) | |
| ) | |
| Defendant. ) | |

On October 8, 2025, Defendant made her initial appearance in the above-entitled action and was arraigned. Prior to her initial appearance, defendant was incarcerated by the State of North Dakota at the Southwest Multi-County Correction Center ("SMCC"). After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

At her initial appearance and arraignment, defendant was advised of his rights under the Interstate Agreement on Detainers Act ("IADA") to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to remain in the custody of the State of North Dakota (the "sending state" under the IADA) at the North Dakota State Penitentiary pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA). She also executed an "[IADA] Anti-Shuttling Waiver Stipulation." (Doc. No. 11).

The court adopts the anti-shuttling waiver stipulation (Doc. No. 111) and accepts Defendant's waiver of her rights under the IADA's anti-shuttling provisions, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel.  Accordingly, the court **ORDERS** that Defendant be returned to and housed in the "sending state" under the IADA pending further proceedings or until further order of the court  Further, pursuant to Defendant's waiver, the return of Defendant to her place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

Dated this 8th day of October, 2025

<i>/s/ Clare R. Hochhalter</i><br>
Clare R. Hochhalter, Magistrate Judge<br>
United States District Court